UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILHAM SHRINDEL, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>AT&T MOBILITY SERVICES LLC, A Delaware LLC; and DOES 1 THROUGH 50, Inclusive,<br><br>Defendants. | Case No. 8:25-cv-02073-JWH-DFM<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER**<br><br>Judge:       Hon. John W. Holcomb<br>Courtroom: 9D, Ninth Floor |

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is GRANTED.

IT IS SO ORDERED.

DATED: November 3, 2025

_____
Hon. Douglas F. McCormick
Magistrate Judge
United States District Court